# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF L.K.

NO.  2025 CW 0586

OCTOBER 1, 2025

---

In Re:  Department of Children and Family Services, applying for supervisory writs, Juvenile Court Judicial District Court, Parish of East Baton Rouge, No. 120554.

---

BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

HG
TPS

McClendon, C.J., dissents and would grant the writ. La. Ch. Code art. 672(A)(1) provides the Department of Children and Family Services ("DCFS") with authority over the allocation of other available resources within DCFS for children judicially committed to its custody. See La. Ch. Code art. 672; see also **State in Interest of A.F.**, 2020-392 (La. App. 3d Cir. 5/5/21), 320 So.3d 1178.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT